# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2067 Disciplinary Docket No. 3
                Petitioner   :

                                :    No. 62 DB 2013

           v.                    :

                                  :    Attorney Registration No. 88507

CHERI S. WILLIAMS ROBINSON,   :
                Respondent   :   (Montgomery County)

## O R D E R

**PER CURIAM:**

**AND NOW**, this 30th day of September, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 13, 2014, it is hereby

ORDERED that Cheri S. Williams Robinson is suspended from the practice of law for a period of one year and one day, to be followed by a one-year period of probation after reinstatement, subject to the following conditions:

1. Respondent shall select a financial monitor, subject to the approval of the Office of Disciplinary Counsel.

2. The financial monitor shall be an attorney admitted to practice law in this Commonwealth, in good standing.

3. The financial monitor shall do the following during the period of respondent's probation:

     a. Meet with the respondent at least monthly to examine her office and escrow accounts, client ledgers and other financial records to ensure that all such records are being properly maintained and that fiduciary and non-fiduciary

funds are being properly segregated, handled and disbursed in accordance with Rule of Professional Conduct 1.15

b. File quarterly written reports on a Board-approved form with the Secretary of the Board; and

c. Immediately report to the Secretary any violations by respondent of the terms and conditions of probation.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.